Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com

Attorney for Plaintiff, THOMAS and SALLY RELIHAN

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS and SALLY RELIHAN, ) | **Case No.:** |
| ) | |
| Plaintiff, ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| ) | |
| vs. ) | **(Unlawful Debt Collection Practices)** |
| ) | |
| A/R COLLECTION SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

THOMAS and SALLY RELIHAN (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., alleges the following against A/R COLLECTION SERVICES, LLC (Defendant):

## INTRODUCTION

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the

loss of jobs, and to invasions of individual privacy. Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e).*

2. Plaintiffs bring this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiffs, and this conduct caused Plaintiffs damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Because Defendant maintains a business office and conducts business in the State of Arizona, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiffs are natural persons who reside in Phoenix, Arizona and are allegedly obligated to pay a debt and are "consumers" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a corporation with a company with a business office in Phoenix, Arizona.

COMPLAINT AND DEMAND FOR JURY TRIAL

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places calls to Plaintiffs seeking and demanding payment for an alleged debt.

12. Defendant calls Plaintiffs at telephone number from telephone number 602-476-2606.

13. Defendant repeatedly contacted Plaintiff, THOMAS RELIHAN, at work despite being told not to contact him there because his employer prohibits such communications.

14. Defendant repeatedly contacted Plaintiff's daughter, despite being told not to do so, and disclosed that Plaintiffs owe a debt.  (See Exhibit "A").

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692(d)* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiffs.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs;

    c. Defendant violated *§1692b(2)* of the FDCPA by communicating with Plaintiff's daughter and stating that Plaintiff owes a debt.

    d. Defendant violated *§1692b(3)* of the FDCPA by communicating with Plaintiff's daughter more than once without permission to do so and without reasonable belief that the earlier response was erroneous or incomplete.

    e.  Defendant violated *§1692c(a)(3)* by repeatedly contacting Plaintiff, THOMAS RELIHAN, at his place of employment even though Defendant knew that Plaintiff's employer prohibits the consumer from receiving such communications.

    f.  Defendant violated *§1692c(b)* of the FDCPA by communicating with Plaintiff's daughter in connection with the collection of Plaintiff's debt.

WHEREFORE, Plaintiffs, THOMAS and SALLY RELIHAN, respectfully request judgment be entered against Defendant, A/R COLLECTION SERVICES, LLC, for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

COMPLAINT AND DEMAND FOR JURY TRIAL

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, THOMAS and SALLY RELIHAN demand a jury trial in this cause of action.

                                RESPECTFULLY SUBMITTED,

DATED: January 28, 2010        KROHN & MOSS, LTD.

                            By: /s/ Ryan Lee
                                  Ryan Lee
                                  Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, SALLY RELIHAN, states as follows:

8. I am the Plaintiff in this civil proceeding.
9. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
10. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
11. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
12. I have filed this Complaint in good faith and solely for the purposes set forth in it.
13. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
14. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SALLY RELIHAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1-22-2010                                  _____
                                                 SALLY RELIHAN

1
2
3      **<u>EXHIBIT A</u>**
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

COMPLAINT AND DEMAND FOR JURY TRIAL

11-18-09

To whom it may concern

    I am Lisa Rowley and I have been getting calls from this collection agency A/R Collections Services LLC. I spoke with a woman named Gwynne Heiser on 11-14-09 and I told this woman that sally and Thomas Reilhan does not live here and they continue to call and leave messages. I received a call today 11-18-09 and I had to ignore the call from this agency, this woman will call and act like she does not remember calling me or talking with me, she has called to many times not to remember and this is upsetting me, I would like for this agency to not call me or leave me messages. She calls on my cricket phone and I managed to save a few of the missed calls and the incoming calls that I have gotten. I never thought of saving these messages, but will start saving them all, until she stops calling. The last message today 11-18-09 she states she does not no if she has ever called and she would stop, but she just spoke to me on 11-14- and I informed her that Sally and Thomas did not live with me. I have enclosed the copies of the incoming call on 11-14-09, prior to the one on 11-18-09 stating she does not know if she has spoke to me. I am under a lot of stress right now with my daughter being sick and I have to sleep around her hours and I cannot stand it when I get disturbed by this agency. I have enclosed some of the calls from my Cricket phone.

                                                                Thank you
                                                                 Lisa Rowley
                                                               (480) 233-4280

*/s/ Lisa Rowley*