IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Relihan; Sally Relihan, ) | No. CV10-0201-PHX-SRB |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| A/R Collection Services, LLC, ) | |
| Defendant. ) | |

On September 16, 2010, this Court issued an order directing counsel for Plaintiffs to "Show cause in writing within 7 days of the date of this order why this case should not be dismissed for failure to appear at the Scheduling Conference." As of the date of this order counsel has failed to show cause in writing why this case should not be dismissed for failure to appear at the Scheduling Conference.

IT IS ORDERED dismissing this case for Plaintiffs failure to comply with this Court's September 16, 2010 order.

DATED this 27th day of September, 2010.

Susan R. Bolton
United States District Judge